UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-81026-MIDDLEBROOKS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

STOCK PURSE TRADING LLC,
LISTON ASSOCIATES, INC. and,
CAROLE A. LISTON

    Defendants,
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO REOPEN CASE AND FOR EXTENSION OF TIME**

This matter comes before the Court on Plaintiff Securities and Exchange Commission's (the "Commission") "Unopposed Motion to Reopen the Case and for Extension of Time or, in the Alternative, Administratively Close Case ("Motion"). (DE 11). I have reviewed the Motion and the record. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion (DE 11) is **GRANTED**.

2. The Clerk is directed to **REOPEN** the case.

3. The Commission **SHALL** have 120 days after the government shutdown ends to file its motion for monetary relief or settlement papers.

**SIGNED** in Chambers at West Palm Beach, Florida, this 16th day of October, 2025.

                                                    Donald M. Middlebrooks
                                                  United States District Judge